PROB 12C
(7/93)

Report Date: October 15, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jonathan Christopher Vargas         Case Number: 0980 2:10CR02068-EFS-1

Address of Offender:                    Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 10, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition , 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 62 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: August 17, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 16, 2018 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1    **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Mr. Vargas failed report to the U.S. Probation Office and submit his monthly supervision report form within the first five days for the month of October 2015.

Mr. Vargas was directed to report to the probation office within the first five days of each month and submit his monthly report form. This issue was specifically addressed with him on September 22, 2015, at which time he promised to report as directed and in a timely manner. On October 11, 2015, a late report notice was mailed to Mr. Vargas reminding him of his reporting obligation. As of October 15, 2015, Mr. Vargas has failed to submit his monthly supervision report form as directed.

2    **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Mr. Vargas has failed to undergo a substance abuse evaluation at Merit Resource Services (Merit) as directed by his probation officer as of October 15, 2015.

On September 22, 2015, Mr. Vargas was confronted regarding his failure to obtain a substance abuse evaluation as directed. Mr. Vargas stated he had the following Monday and Tuesday (September 27 and 28, 2015) off and would make sure he obtain the evaluation. On October 5, 2015, a voice mail message was left on Mr. Vargas' cellular telephone directing him to return my call to discuss his failure to obtain his evaluation. The offender returned my call and left a voice mail message acknowledging he had received this officers message and would complete the evaluation on Thursday, October 8, 2015. According to Merit staff, as of October 14, 2015, Mr. Vargas has yet to report to their office for the purpose of completing a substance abuse evaluation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 15, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer
   October 19, 2015

Date