PROB 12C
(7/93)

Report Date: January 7, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jonathan Christopher Vargas        Case Number: 0980 2:10CR02068-EFS-1

Address of Offender:        Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 10, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition , 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 62 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: August 17, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 16, 2018 |

## PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 15, 2015.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
| | **Supporting Evidence**: Mr. Vargas failed to notify his probation officer prior to quitting his job at Legacy Fruit in Wapato, Washington, on December 7, 2015.
| | On December 9, 2015, Mr. Vargas reported to the probation office and reported he was still employed at Legacy Fruit in Wapato, Washington.  However, according to Legacy Fruit records, his last day of employment was on December 7, 2015.  Mr. Vargas had the opportunity to report being unemployed but failed to do so.
4 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.
| | **Supporting Evidence**: Mr. Vargas failed to attend drug and alcohol group counseling at Merit Resource Services (Merit) on November 25, December 2, 10, 15, and 22, 2015.

Prob12C
Re: Vargas, Jonathan Christopher
January 7, 2016
Page 2

|   |   |   |
|---|---|---|
|   |   | According to Mr. Vargas' drug and alcohol counselor at Merit, a noncompliance letter was sent to Mr. Vargas on December 16, 2015, scheduling an appointment for December 22, 2015, in an attempt to re-engage in treatment services. Mr. Vargas failed to attend his set scheduled appointment and his file was closed. |
|   | 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   |   | **Supporting Evidence**: Mr. Vargas failed to submit to random urinalysis testing at Merit on November 19, December 16, and 22, 2015. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 7, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer
January 7, 2016
Date