PROB 12C
(6/16)

Report Date: September 2, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2016

SEAN F. MCAVOY, CLERK

Name of Offender: Jonathan Christopher Vargas          Case Number: 0980 2:10CR02068-EFS-1

Address of Offender:                         Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 10, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition , 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 62 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (03/08/2016) | Prison 6 months; TSR - 30 months | | |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: | August 3, 2016 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | February 2, 2019 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: On August 25, 2016, Mr. Vargas was instructed by his supervising probation officer to report to Sundown M. Ranch on August 30, 2016, for admission into their inpatient substance abuse treatment program.  On August 30, 2016, Mr. Vargas failed to show for inpatient treatment admission. |

Prob12C
**Re: Vargas, Jonathan Christopher**
**September 2, 2016**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | | **Supporting Evidence**: On August 24, 2016, Mr. Vargas reported to the U.S. Probation Office and admitted to using methamphetamine and marijuana. |
| | 3 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | | **Supporting Evidence**: On August 15 and 23, 2016, Mr. Vargas failed to report to Merit Resource Services (Merit) for random urinalysis testing. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/02/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[ X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

s/Edward F. Shea
Signature of Judicial Officer

09/02/2016
Date